WILLIAM MAY WRIGHT and Others, Respondents, v. SANDERS A. WERTHEIM, Appellant.— Order affirmed, with ten dollars costs and disbursements. No

opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.